■ In the Matter of CATHERINE McCABE THOMPSON, Appellant, v KEVIN J. McCABE, Respondent. [868 NYS2d 916]

Ordered that the appeal is dismissed, without costs or disbursements, as no appeal lies as of right from a nondispositional order of the Family Court in a child support proceeding, and leave to appeal has not been granted (see Family Ct Act § 1112 [a]). Skelos, J.P., Santucci, Dillon and Covello, JJ., concur.